UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INDELISA RAMIREZ-ZARATE,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>           Defendant. | No.  CV-09-3073-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND<br><br>(Ct. Rec. 21) |

BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings (**Ct. Rec. 21**). D. James Tree represents plaintiff. Special Assistant United States Attorney Nancy Mishalanie represents defendant. The parties have consented to proceed before a magistrate judge (Ct. Rec. 7).

After considering the stipulated motion (Ct. Rec. 21), **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

    1. The ALJ will conduct a new hearing and issue a new decision.

    2. The ALJ will further evaluate whether plaintiff suffers from rheumatoid arthritis and if so, determine the severity.

    3. The ALJ will consider and explain the weight given the

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

opinion of Rosa Martinez, M.D.

4. The ALJ will reevaluate plaintiff's RFC.

5. The ALJ will obtain vocational expert testimony as to plaintiff's ability to perform her past work.

6. If necessary the ALJ will determine at step five if there are other jobs existing in significant numbers plaintiff could perform.

Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412 (a), (d), upon proper request to this Court.

IT IS FURTHER ORDERED:

1. The parties' stipulated motion for an order of remand (Ct. Rec. 21) is **GRANTED.**

2. Judgment shall be entered for **PLAINTIFF.**

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, enter judgment, forward copies to counsel, and **CLOSE** the file.

**IT IS SO ORDERED**.

**DATED** this 10th day of September, 2010.

*s/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2