1

2        **UNITED STATES DISTRICT COURT**

3        **EASTERN DISTRICT OF WASHINGTON**

4

5   INDELISA RAMIREZ-ZARATE,          )
                                      )
6            Plaintiff,               )
                                      )        NO.  CV-09-3073-JPH
7        vs.                          )
                                      )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                )        **CIVIL CASE**
    Commissioner of Social Security,  )
9                                     )
             Defendant.               )
10                                    )
                                      )
11  _____)

12      **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14  sentence four of 42 U.S.C. § 405(g).

15          **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19          DATED this 10th day of September, 2010.

20                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
21

22

23                                      by:   s/Pamela A. Howard
                                              Deputy Clerk
24

25

26  cc: all counsel